**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MYCHAL JAMAL BUTLER THOMAS, | ) | |
| | ) | CASE NO. 25-63845-PMB |
| Debtor. | ) | |

**NOTICE OF OBJECTION TO THE PROOF OF CLAIM OF**
**CAVALRY SPV I, LLC (CLAIM NO. 27), DEADLINE TO OBJECT AND HEARING**

MYCHAL JAMAL BUTLER THOMAS has filed an Objection to the Proof of Claim of Cavalry SPV I, LLC, Claim No. 27, on April 27, 2026.  Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within thirty (30) days from the date of service of this notice.  **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 and serve a copy on the Debtor's attorney, Burrow & Associates, LLC, 2280 Satellite Blvd., Bldg. A, Suite 100, Duluth, Georgia 30097, and any other appropriate persons by the objection deadline.  The response or objection must explain your position and be actually received by the Bankruptcy Court within the required time.

A hearing on the pleading has been scheduled for May 28, 2026.  The Court will hold a hearing on the Objection to the Proof of Claim of Cavalry SPV I, LLC, Claim No. 27, at 10:15 a.m. on May 28, 2026 in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta Georgia 30303, which must be attended in person, unless the Court orders otherwise.

If an objection or response is timely filed and served, the hearing will proceed as scheduled.  **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing.  If no objection is timely filed, but no order is entered granting the relief is requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

Dated this  27th  day of  April , 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

_____/s/_____
Sean Bailey
Attorney for the Debtor
Georgia Bar No. 926158
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MYCHAL JAMAL BUTLER THOMAS, | ) | |
| | ) | CASE NO. 25-63845-PMB |
| Debtor. | ) | |

**DEBTOR'S OBJECTION TO THE PROOF OF CLAIM OF**
**CAVALRY SPV I, LLC (CLAIM NO.27)**

COMES NOW, Mychal Jamal Butlrt Thomas, Debtor, by and through the attorney of record, and objects to the claim of Cavalry SPV I, LLC, Claim No. 27, and shows the Court the following:

1.

Debtor filed this voluntary petition for relief as a Chapter 13 on June  9, 2025 and same is assigned case number 25-56410.

2.

Cavalry SPV I, LLC filed a secured claim, Claim No. 27, in the amount of 1,730.97 on 02/04/2026.

3.

Debtor objects to the payment of said claim of Cavalry SPV I, LLC on the basis that the claim was fully satisfied by garnishment. Between 08/01/2025-09/30/2025, Debtor paid Cavalry SPV I, LLC $2,123.09 through garnishment action 25MCG088093 in the Magistrate Court of Fulton County, see exhibit A.

WHEREFORE, the Debtor respectfully prays:

a.  That Debtor be granted a Hearing on Debtor's objection to the claim of Cavalry SPV I, LLC;

b.  That said claim be DISALLOWED; and

c.  That the Debtor has such other and further relief as this Court may deem just and proper.

This _27th_ day of _April_, 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC


_____/s/_____
Sean Bailey
Attorney for the Debtor
Georgia Bar No. 926158
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2026, I electronically filed the foregoing Objection to the Proof of Claim of Cavalry SPV I, LLC and Notice of Objection to the Proof of Claim of Cavalry SPV I, LLC, Deadline to Object and Hearing with the Clerk of Court using the Bankruptcy Court's Electronic Case Filing program, which automatically sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Melissa J. Davey
Michael F. Burrow

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Mychal Jamal Butler Thomas
7382 Walton Hill
Fairburn, GA 30213

Cavalry Spv I, Llc
PO Box 4252
Greenwich, CT  06831

All parties on the attached mailing matrix.

This  27th  day of  April , 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC


_____/s/_____

Sean Bailey
Attorney for the Debtor
Georgia Bar No. 926158
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

11:42



# ← Wage Garnishments

💬 CHAT WITH US

| **Overview** | Deductions | Notifications |
|---|---|---|

## Writ of Garnishment                    GOAL MET

**CASE ID**
25MCG088093

**GOAL AMOUNT**
$2,123.09

**DOC ID**
DU146260262

**PAID TOWARDS GOAL**
$2,123.09

**START DATE**
08-01-2025

**REMAINING BALANCE**
$0.00

**PAID TOWARDS LIEN**
$2,123.09

**END DATE**
07-31-2028

**LAST DEDUCTED AMOUNT**
$111.11

**LAST DEDUCTED DATE**
09-30-2025

**DEDUCTION AS PER ORDER**
25.0 %

**DEDUCTION FROM**
Disposable Income

**PAYEE NAME**
Magistrate Court of Fulton County

**JUDGEMENT CREDITOR**
CAVALRY SPV I LLC

**STATE**
GEORGIA

**PAYEE ADDRESS**
185 CENTRAL AVE SW ATLANTA, GA 30303-3519