IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
MYCHAL JAMAL BUTLER-THOMAS

**Debtor(s)**.

Progress Residential Borrower 16, LLC

**Movant**

v.

Mychal Jamal Butler-Thomas, Debtor(s)
Dangelo Harris, Codebtor(s),
 Melissa J. Davey, Trustee

**Respondents**.

CASE NO. 25-63845-pmb
CHAPTER 13

Judge Paul Baisier

CONTESTED MATTER

WITHDRAWAL OF DOCUMENT (MOTION FOR RELIEF FROM AUTOMATIC STAY)

COMES NOW the above styled Movant, by and through undersigned counsel, and

hereby files this Withdrawal of its Motion for Relief From Automatic Stay filed in this case filed

in this case on April 9, 2026, Document Number 25.

Respectfully submitted, this Tuesday, April 28, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT

1

**CERTIFICATE OF SERVICE**

       This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***WITHDRAWAL OF DOCUMENT (MOTION FOR RELIEF FROM AUTOMATIC STAY)*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

> Michael F. Burrow
> Burrow & Associates, LLC
> Building A, Suite 100
> 2280 Satellite Blvd
> Duluth, GA 30097
>
> Melissa J. Davey
> Standing Chapter 13 Trustee
> Suite 2250
> 233 Peachtree Street NE
> Atlanta, GA 30303

       I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

> Mychal Jamal Butler-Thomas, Debtor
> 7382 Walton Hl
> Fairburn GA 30213
>
> Dangelo Harris, Codebtor
> 7382 Walton Hl
> Fairburn GA 30213

Dated:  Tuesday, April 28, 2026.


THE TOTTEN FIRM, LLC            /s/ Matthew F. Totten
5579 Chamblee-Dunwoody Rd, Ste B-136   MATTHEW F. TOTTEN
Atlanta, GA 30338              (Georgia Bar No. 798589)
(404) 692-4342 (Telephone)      ATTORNEY FOR MOVANT
mft@tottenfirm.com