**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MYCHAL JAMAL BUTLER THOMAS, | ) | |
| | ) | CASE NO. 25-63845-PMB |
| | ) | |
| Debtor. | ) | |

### MOTION TO VACATE EMPLOYER DEDUCTION ORDER

COMES NOW, Mychal Jamal Butler Thomas, Debtor, by and through the attorney of record, and file this Motion to Vacate Employer Deduction Order and show the Court the following:

1.

Debtors filed this voluntary petition for relief as a Chapter 13 on November 26, 2025.

2.

On January 8, 2026, an Employer Deduction Order ("EDO") was entered on behalf of Debtor, requiring his employer, Litty, Inc. ("Employer") to deduct $1,820.00 monthly from Debtor's paychecks (Doc. No. 19) to be paid to the Chapter 13 Trustee.

3.

Employer recently took an EDO deduction from one of Debtor's bonus checks, when a regular, timely deduction had already been taken out of his non-bonus paycheck. This resulted in excess funds being taken out of Debtor's total monthly pay. It is Debtor's understanding that these funds have already been sent to the Chapter 13 Trustee. Debtor was intending to use the deducted funds to pay for preparation of tax returns which need to be filed to resolve objections of the Trustee.

4.

To reduce the negative impact of this overpayment and to ensure Debtor can afford to have his taxes prepared, Debtor is requesting that his EDO be halted for one paycheck and then resumed again.

WHEREFORE, the Debtors respectfully request:

a) that this Motion be read and considered;

b) that the EDO to Employer be temporarily vacated to allow Employer to issue one full paycheck to Debtor with no funds deducted for his bankruptcy;

c) that the EDO be ordered to begin again on the immediately following paycheck, once a single paycheck has been issued with no EDO deduction; and

d) any other relief that the Court deems just and proper.

This 6th day of  May , 2026.

Respectfully Submitted By:
BURROW & ASSOCIATES, LLC

_____/s/_____
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this day served the within and foregoing Motion to Vacate Employer Deduction Order by depositing same in the United States mail, properly addressed as follows:


K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

Mychal Jamal Butler Thomas
7382 Walton Hill
Fairburn, GA 30213

Litty, Inc.
Attn: Payroll
548 Market Street
PMB 69706
San Francisco, CA 94104


This  6th  day of  May , 2026.


Respectfully Submitted by,
BURROW & ASSOCIATES, LLC


_____/s/_____
Kevin Grindlay
Attorney for the Debtors
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com