**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MYCHAL JAMAL BUTLER THOMAS, | ) | |
| | ) | CASE NO. 25-63845-PMB |
| | ) | |
| Debtor. | ) | |

**<u>AMENDED CERTIFICATE OF SERVICE</u>**

I do hereby certify that I have this day served the within and foregoing Motion to Vacate Employer Deduction Order by depositing same in the United States mail, properly addressed as follows:

Melissa J. Davey
Standing Chapter 13 Trustee, NDGA
Suite 2250
233 Peachtree St, N.E.
Atlanta, GA 30303

Mychal Jamal Butler Thomas
7382 Walton Hill
Fairburn, GA 30213

Litty, Inc.
Attn: Payroll
548 Market Street
PMB 69706
San Francisco, CA 94104

This  6th  day of  May , 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

_____/s/_____
Kevin Grindlay
Attorney for the Debtors
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640

bankruptcy@legalatlanta.com