UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>MYCHAL JAMAL BUTLER THOMAS,<br><br>    DEBTOR.<br><br>--------------------------------------------------------------------<br><br>MELISSA J. DAVEY,<br>STANDING CHAPTER 13 TRUSTEE,<br>    Movant,<br><br>v.<br><br>MYCHAL JAMAL BUTLER THOMAS,<br>    Respondent.<br><br>-------------------------------------------------------------------- | CASE NO.:  25-63845-PMB<br><br>CHAPTER 13<br><br>JUDGE PAUL BAISIER<br><br><br><br>CONTESTED MATTER |

**CHAPTER 13 TRUSTEE'S**
**SUPPLEMENTAL OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1.      The Chapter 13 Plan should be amended to include a provision that, "Any bonus income the Debtor is entitled to receive for the applicable commitment period shall be paid into the Debtor's Chapter 13 Case." 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated: May 12, 2026

/s/Taylor S. Mansell

Taylor S. Mansell
Attorney for the Chapter 13 Trustee
GA Bar No. 940461
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:    (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                      )    CASE NO.:  25-63845-PMB
                                            )
MYCHAL JAMAL BUTLER THOMAS,                 )    CHAPTER 13
                                            )
      DEBTOR.                               )    JUDGE PAUL BAISIER
                                            )

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
BURROW & ASSOCIATES, LLC ATTORNEYS AT LAW

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:
MYCHAL JAMAL BUTLER THOMAS
7382 WALTON HILL
FAIRBURN, GA  30213
Dated: May 12, 2026

/s/Taylor S. Mansell
Taylor S. Mansell
Attorney for the Chapter 13 Trustee
GA Bar No. 940461
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:    (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com