**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MYCHAL JAMAL BUTLER THOMAS, | ) | |
| | ) | CASE NO. 25-63845-PMB |
| Debtor. | ) | |

**WITHDRAWAL OF DEBTOR'S MOTION TO VACATE EMPLOYER DEDUCTION ORDER**

COMES NOW, Mychal Jamal Butler Thomas, Debtor, by and through the attorney of record, and withdraws the Motion to Vacate Employer Deduction Order, Docket No 29, filed on May 6, 2026.

This  13th  day of  May , 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC.

_____/s/_____
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this day served the within and foregoing Withdrawal of Debtor's Motion to Vacate Employer Deduction Order by depositing same in the United States mail, properly addressed as follows:

Melissa J. Davey
Standing Chp 13 Trustee, NDGA
Suite 2250
233 Peachtree St, N.E.
Atlanta, GA 30303

Mychal Jamal Butler Thomas
7382 Walton Hill
Fairburn, GA  30213

Litty, Inc.
Attn: Payroll
548 Market Street
PMB 69706
San Francisco, CA 94104

All parties on the attached mailing matrix.

This  13th  day of  May , 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC


_____/s/_____
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd., Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

Label Matrix for local noticing
113E-1
Case 25-63845-pmb
Northern District of Georgia
Atlanta
Wed May 13 20:12:26 EDT 2026

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Aspire Credit Card
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

(p)AUSTIN CAPITAL BANK
ATTN DENAE REEVES
8100 SHOAL CREEK BLVD
SUITE 100
AUSTIN TX 78757-8041

Avant/WebBank
222 North Lasalle Street
Suite 1600
Chicago, IL 60601-1112

Sean Bailey
Burrow & Associates
2280 Satellite Blvd
Bldg A, Suite 100
Atlanta, GA 30097-5000

Bridgecrest Acceptance Corp
Po Box 53087
Suite 100
Phoenix, AZ 85072-3087

Bridgecrest Credit Company, LLC
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Michael F. Burrow
Burrow & Associates, LLC
Building A, Suite 100
2280 Satellite Blvd.
Duluth, GA 30097-5000

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Carvana, LLC / Bridgecrest c/o AIS Portfolio
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Cavalry SPV I, LLC
500 Summit Lake Dr.
Suite 400
Valhalla, NY 10595-2321

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303-1509

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Edfinancial Services L
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

Esusu
Attn: Bankruptcy Department
Po Box 965060
Orlando, FL 32896-5060

Fingerhut Fetti/Webbank
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Flagship Credit Acceptance
Attn: Bankruptcy
Po Box 3807
Coppell, TX 75019-5877

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Gm Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102-6855

Kevin Grindlay
Burrow & Associates, LLC
Bldg. A Suite 100
2280 Satellite Blvd
Duluth, GA 30097-5000

Intercoastal Financial Llc
7954 Transit Rd #136X
Williamsville, NY 14221-4117

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377-4500

Kikoff
Attn: Bankruptcy
75 Broadway
San Francisco, CA 94111-1423

Koalafi
4951 Lake Brook Dr
Glen Allen, VA 23060-9279

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)MERCHANTS CREDIT SOLUTIONS
ATTN BRUCE JACKMAN
PO BOX 3664
TUSTIN CA 92781-3664

Richard B Maner
Richard B. Maner, P.C.
Suite 200
180 Interstate N Parkway
Atlanta, GA 30339-2106

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Monterey Financial Service
Attn: Bankruptcy
4095 Avenida De La Plata
Oceanside, CA 92056-5802

NPRTO Georgia, LLC
256 West Data Drive
Draper, UT 84020-2315

OneMain Financial Group, LLC
PO Box 981037
Boston, MA 02298-1037

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Perpayinc
2400 Market St
Philadelphia, PA 19103-3041

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
PO Box 7999
St. Cloud, MN 56302-7999

Progress Residential
2658 Holcomb Bridge Rd
Suite 118
Alpharetta, GA 30022-6822

Progress Residential
7500 N. Dobson Road
Suite 300
Scottsdale, AZ 85256-2727

Progress Residential Borrower 16, LLC
The Totten Firm
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30350 United States 30338-4154

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Radius Global Solution
7831 Glenroy Road
Edina, MN 55439-3117

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

(p)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

(p)SUNBIT INC
ATTN LEGAL AND COMPLIANCE
PO BOX 24010
LOS ANGELES CA 90024-0010

Tbom Cci Mc
14600 Northwest
Beaverton, OR 97006

Mychal Jamal Butler Thomas
7382 Walton Hill
Fairburn, GA 30213-7114

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

US Department of Education
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

WebBank/OneMain
Attn: Bankruptcy
215 South State Street, Suite 1000
Salt Lake City, UT 84111-2336

Westlake Portfolio Management
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90076-0809

World Finance Company of Georgia, LLC
c/o World Acceptance Corp.
Attn: Bankruptcy Processing Center
PO Box 6429
Greenville, SC 29606-6429


World Finance Corp
Attn: Bankruptcy Department
P.O.Box 6429
Greenville, SC 29606-6429

Zions Debt Holdings, Llc
Attn: Bankruptcy
Po Box 878
Spanish Fork, UT 84660-0878


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Atlas Acquisitions LLC
Attn: Avi Schild
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Atlas Acquisitions LLC
on behalf of UHG I LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Austin Capital Bank
Attn: Bankruptcy Dept
8100 Shoal Creek Blvd, Ste 100
Austin, TX 78757


Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

MONTEREY FINANCIAL SERVICES LLC
C/O MERCHANTS CREDIT SOLUTIONS
PO BOX 3664
TUSTIN, CA 92781-3664


PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Self Financial/lead Ba
901 E. 6th Street
Austin, TX 78702

(d)Selfrent
901 E 6th Street
Austin, TX 78702


Sunbit Financial
Attn: Bankruptcy
10880 Wilshire Blv Suite 870
Los Angeles, CA 90024


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Bridgecrest Credit Company LLC as Servicer

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

(d)Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
St. Cloud, MN 56302-7999


(d)Westlake Portfolio Management, LLC
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90076-0809

End of Label Matrix
Mailable recipients     64
Bypassed recipients      4
Total                   68