UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
)
)   CASE NO.:  25-63845-PMB
MYCHAL JAMAL BUTLER THOMAS, )
)   CHAPTER 13
DEBTOR. )
)   JUDGE PAUL BAISIER
------------------------------------------------------------- )
)
MELISSA J. DAVEY, )
STANDING CHAPTER 13 TRUSTEE, )
    Movant, )
)
v. )   CONTESTED MATTER
)
MYCHAL JAMAL BUTLER THOMAS, )
    Respondent. )
)
------------------------------------------------------------- )

**CHAPTER 13 TRUSTEE'S**
**SUPPLEMENTAL OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1.      The Debtor should provide an accounting as to how Debtor spent the quarterly bonus for of approximately $6,695.00 and one-time referral bonus on $3,000.00 that were received on or about January 2026 and May 2026.  Any remaining funds should be immediately contributed to the case, as required by 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated: May 20, 2026

/s/Taylor S. Mansell

Taylor S. Mansell
Attorney for the Chapter 13 Trustee
GA Bar No. 940461
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:    (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:  25-63845-PMB |
| | ) | |
| MYCHAL JAMAL BUTLER THOMAS, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE PAUL BAISIER |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
BURROW & ASSOCIATES, LLC ATTORNEYS AT LAW

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:
MYCHAL JAMAL BUTLER THOMAS
7382 WALTON HILL
FAIRBURN, GA  30213
Dated: May 20, 2026

/s/Taylor S. Mansell
Taylor S. Mansell
Attorney for the Chapter 13 Trustee
GA Bar No. 940461
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:    (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com