## United States Bankruptcy Court
### Northern District of Georgia

In re   **Mychal Jamal Butler Thomas**

Debtor(s)

Case No.   **25-63845**

Chapter   **13**

## FIRST REQUEST TO CONVERT FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1.  On  **November 26, 2025**  , the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2.  This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date  **June 23, 2026**

Signature  **/s/ Mychal Jamal Butler Thomas**
**Mychal Jamal Butler Thomas**
Debtor

Attorney  **/s/ Kevin Grindlay**
**Kevin Grindlay 350009**

**Burrow & Associates, LLC**
**2280 Satellite Blvd.**
**Bldg. A, Suite 100**
**Duluth, GA 30097**
**678-942-8640**
**Fax: 678-745-0412**
**bankruptcy@legalatlanta.com**