| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mychal Jamal Butler Thomas** | Social Security number or ITIN   **xxx–xx–4016** |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Georgia** Court website: www.ganb.uscourts.gov | | Date case filed in chapter  **13**      **11/26/25** |
| Case number:   **25–63845–pmb** | | Date case converted to chapter  **7**     **6/30/26** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov .  Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's full name** | Mychal Jamal Butler Thomas | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 7382 Walton Hill Fairburn, GA 30213 | |
| **4. Debtor's attorney** Name and address | Michael F. Burrow Burrow & Associates, LLC Building A, Suite 100 2280 Satellite Blvd. Duluth, GA 30097 Contact phone (678) 942–8640 Email: court@legalatlanta.com | |
| **5. Bankruptcy trustee** Name and address | S. Gregory Hays Hays Financial Consulting, LLC Suite 555 2964 Peachtree Road Atlanta, GA 30305 | Contact phone (404) 926–0060 |

**For more information, see page 2 >**

Debtor  **Mychal Jamal Butler Thomas**                                    Case number **25–63845–pmb**

| 6. | **Bankruptcy clerk's office** | Vania S. Allen | Office Hours: 8:00 a.m. – 4:00 p.m. |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Clerk of Court<br><br>1340 United States Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Court website: www.ganb.uscourts.gov<br><br>Contact phone 404–215–1000 |

| 7. | **Meeting of creditors** | **August 6, 2026 at 12:30 PM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 627 912 5502, and Passcode 6497361809, OR call 1 (470) 924–8876**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/5/26** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 25-63845-pmb

Mychal Jamal Butler Thomas                                                                Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: 309a | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mychal Jamal Butler Thomas, 7382 Walton Hill, Fairburn, GA 30213-7114 |
| aty | + | Kevin Grindlay, Burrow & Associates, LLC, Bldg. A Suite 100, 2280 Satellite Blvd, Duluth, GA 30097-5000 |
| aty | + | Matthew Franklin Totten, The Totten Firm, LLC, 5579 Chamblee Dunwoody Rd, Ste B-136, Atlanta, GA 30338-4154 |
| aty | + | Sean Bailey, Burrow & Associates, 2280 Satellite Blvd, Bldg A, Suite 100, Atlanta, GA 30097-5000 |
| cr | + | Progress Residential Borrower 16, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: court@legalatlanta.com | Jul 07 2026 21:01:00 | Michael F. Burrow, Burrow & Associates, LLC, Building A, Suite 100, 2280 Satellite Blvd., Duluth, GA 30097 |
| aty | + | Email/Text: rmaner@rbmlegal.com | Jul 07 2026 21:02:00 | Richard B Maner, Richard B. Maner, P.C., Suite 200, 180 Interstate N Parkway, Atlanta, GA 30339-2106 |
| tr | + | EDI: BSGHAYS.COM | Jul 08 2026 00:37:00 | S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305-4909 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Jul 07 2026 21:02:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| cr | | EDI: ATLASACQU | Jul 08 2026 00:37:00 | Atlas Acquisitions LLC, Attn: Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | EDI: AISACG.COM | Jul 08 2026 00:37:00 | Bridgecrest Credit Company, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25650871 | | EDI: ATLASACQU | Jul 08 2026 00:37:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 25593771 | | Email/Text: CSBankruptcy@austincapitalbank.com | Jul 07 2026 21:01:00 | Austin Capital Bank, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 25593769 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 07 2026 21:06:33 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 25689110 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 21:06:21 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25593770 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 07 2026 21:01:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 25593772 | + | Email/Text: bk@avant.com | Jul 07 2026 21:03:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 25593773 | + | Email/Text: rm-bknotices@bridgecrest.com | | |

District/off: 113E-9                         User: bncadmin                         Page 2 of 5

Date Rcvd: Jul 07, 2026                      Form ID: 309a                          Total Noticed: 68

| | | | |
|---|---|---|---|
| | | Jul 07 2026 21:03:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 25593774 | + EDI: CAPITALONE.COM | Jul 08 2026 00:37:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25612399 | + EDI: AISACG.COM | Jul 08 2026 00:37:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25593775 | + Email/Text: bankruptcy@cavps.com | Jul 07 2026 21:03:00 | Cavalry SPV I, LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 25700666 | + Email/Text: bankruptcy@cavps.com | Jul 07 2026 21:03:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 25593776 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2026 21:06:20 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 25593777 | + EDI: DISCOVER | Jul 08 2026 00:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 25593778 | + Email/Text: EBN@edfinancial.com | Jul 07 2026 21:02:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 25593779 | ^ MEBN | Jul 07 2026 20:54:38 | Esusu, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 25593780 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2026 21:06:18 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 25593781 | + EDI: AMINFOFP.COM | Jul 08 2026 00:37:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25593782 | + Email/Text: bankruptcy@flagshipcredit.com | Jul 07 2026 21:03:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 3807, Coppell, TX 75019-5877 |
| 25593784 | EDI: GADEPTOFREV | Jul 08 2026 00:37:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345 |
| 25593783 | + EDI: PHINGENESIS | Jul 08 2026 00:37:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 25593785 | + EDI: PHINAMERI.COM | Jul 08 2026 00:37:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 25634042 | + Email/Text: gbechakas@outlook.com | Jul 07 2026 21:02:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 25593786 | EDI: IRS.COM | Jul 08 2026 00:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25664457 | EDI: JEFFERSONCAP.COM | Jul 08 2026 00:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 25593787 | + EDI: JEFFERSONCAP.COM | Jul 08 2026 00:37:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 25593788 | + Email/Text: bankruptcy@kikoff.com | Jul 07 2026 21:02:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 25593789 | + Email/Text: inchargehq@westcreekfin.com | Jul 07 2026 21:03:00 | Koalafi, 4951 Lake Brook Dr, Glen Allen, VA 23060-9279 |
| 25886428 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 21:06:21 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 25604637 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 21:06:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25781127 | Email/Text: ebn@mag-llc.com | Jul 07 2026 21:02:00 | MONTEREY FINANCIAL SERVICES LLC, C/O MERCHANTS CREDIT SOLUTIONS, PO BOX 3664, TUSTIN, CA 92781-3664 |
| 25609820 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 113E-9 | User: bncadmin | Page 3 of 5
Date Rcvd: Jul 07, 2026 | Form ID: 309a | Total Noticed: 68

| ID | | Method / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 25593790 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2026 21:06:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 25670309 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2026 21:06:27 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 25593791 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Jul 07 2026 21:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25690442 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 07 2026 21:02:00 | Monterey Financial Service, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 25628704 | + | EDI: AGFINANCE.COM | Jul 07 2026 21:03:00 | NPRTO Georgia, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 25699355 | | EDI: PRA.COM | Jul 08 2026 00:37:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 25593792 | + | Email/Text: bankruptcy@perpay.com | Jul 08 2026 00:37:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 25633920 | + | EDI: JEFFERSONCAP.COM | Jul 07 2026 21:01:00 | Perpayinc, 2400 Market St, Philadelphia, PA 19103-3041 |
| 25625704 | + | Email/Text: bknotices@progressresidential.com | Jul 08 2026 00:37:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 25593793 | + | Email/Text: bknotices@progressresidential.com | Jul 07 2026 21:03:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25665016 | | EDI: Q3G.COM | Jul 07 2026 21:03:00 | Progress Residential, 2658 Holcomb Bridge Rd, Suite 118, Alpharetta, GA 30022-6822 |
| 25624778 | | EDI: Q3G.COM | Jul 08 2026 00:37:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25593794 | + | Email/Text: ngisupport@radiusgs.com | Jul 08 2026 00:37:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 25593795 | | Email/Text: bankruptcy@self.inc | Jul 07 2026 21:02:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
| 25593796 | | Email/Text: bankruptcy@self.inc | Jul 07 2026 21:02:00 | Self Financial/lead Ba, 901 E. 6th Street, Austin, TX 78702 |
| 25593797 | | Email/Text: bankruptcy@sunbit.com | Jul 07 2026 21:02:00 | Selfrent, 901 E 6th Street, Austin, TX 78702 |
| 25666890 | + | Email/Text: bncmail@w-legal.com | Jul 07 2026 21:01:00 | Sunbit Financial, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 25593798 | | EDI: PHINGENESIS | Jul 07 2026 21:02:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 25619695 | + | Email/Text: EBN@edfinancial.com | Jul 08 2026 00:37:00 | Tbom Cci Mc, 14600 Northwest, Beaverton, OR 97006 |
| 25595894 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jul 07 2026 21:02:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 25593799 | + | EDI: AGFINANCE.COM | Jul 07 2026 21:02:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25593800 | ^ | MEBN | Jul 08 2026 00:37:00 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 25964734 | + | Email/Text: CHRISTAL@WILLIAMSRUSH-ASSOCIATES.COM | Jul 07 2026 20:53:48 | Westlake Portfolio Management, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

District/off: 113E-9  User: bncadmin  Page 4 of 5
Date Rcvd: Jul 07, 2026  Form ID: 309a  Total Noticed: 68

| | | Jul 07 2026 21:03:00 | William Rush & Associates, 4144 N Central Expy Suite 945, Dallas, TX 75204-2112 |
|---|---|---|---|
| 25610132 | + Email/Text: bk@worldacceptance.com | Jul 07 2026 21:03:00 | World Finance Company of Georgia, LLC, c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |
| 25593802 | + Email/Text: bk@worldacceptance.com | Jul 07 2026 21:03:00 | World Finance Corp, Attn: Bankruptcy Department, P.O.Box 6429, Greenville, SC 29606-6429 |
| 25593803 | + Email/Text: claudia@zionsdebtholdings.com | Jul 07 2026 21:02:00 | Zions Debt Holdings, Llc, Attn: Bankruptcy, Po Box 878, Spanish Fork, UT 84660-0878 |

TOTAL: 63

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 25964735 | *+ | NPRTO Georgia, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 25636747 | *+ | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 25593801 | *+ | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kevin Grindlay | on behalf of Debtor Mychal Jamal Butler Thomas kevin.grindlay@legalatlanta.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 16 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Michael F. Burrow | on behalf of Debtor Mychal Jamal Butler Thomas court@legalatlanta.com burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Richard B Maner | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana LLC rmaner@rbmlegal.com, kbloodworth@rbmlegal.com |
| S. Gregory Hays | ghays@haysconsulting.net saskue@haysconsulting.net;GA32@ecfcbis.com |
| Sean Bailey | |

District/off: 113E-9                              User: bncadmin                                    Page 5 of 5
Date Rcvd: Jul 07, 2026                          Form ID: 309a                                      Total Noticed: 68

on behalf of Debtor Mychal Jamal Butler Thomas sean.bailey@legalatlanta.com


TOTAL: 7