**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:

MYCHAL JAMAL BUTLER THOMAS

Debtor(s)

Case No. 25-63845-PMB

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Melissa J. Davey, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/26/2025.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 06/30/2026.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $5,468.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $11,830.00 | |
| Less amount refunded to debtor | $3,999.66 | |
| **NET RECEIPTS:** | | **$7,830.34** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,475.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $805.34 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,280.34** |

Attorney fees paid and disclosed by debtor:     $25.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFIRM, INC. | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 0.00 | 2,642.80 | 2,642.80 | 0.00 | 0.00 |
| ASPIRE CREDIT CARD | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| AUSTIN CAPITAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AUSTIN CAPITAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AVANT/WEBBANK | Unsecured | 577.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| Carvana, LLC / Bridgecrest c/o AIS Portfc | Secured | 31,226.00 | 31,255.42 | 31,225.42 | 4,550.00 | 0.00 |
| CAVALRY SPV I, LLC AS ASSIGNEE OI | Unsecured | 2,038.00 | 1,730.97 | 1,730.97 | 0.00 | 0.00 |
| Discover Financial | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| EDfinancial Services L | Unsecured | 3,005.00 | NA | NA | 0.00 | 0.00 |
| EDfinancial Services L | Unsecured | 1,786.00 | NA | NA | 0.00 | 0.00 |
| EDfinancial Services L | Unsecured | 1,755.00 | NA | NA | 0.00 | 0.00 |
| EDfinancial Services L | Unsecured | 1,755.00 | NA | NA | 0.00 | 0.00 |
| EDfinancial Services L | Unsecured | 1,753.00 | NA | NA | 0.00 | 0.00 |
| EDfinancial Services L | Unsecured | 1,002.00 | NA | NA | 0.00 | 0.00 |
| EDfinancial Services L | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| ESUSU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| FLAGSHIP CREDIT ACCEPTANCE | Unsecured | 0.00 | 47,963.72 | 47,963.72 | 0.00 | 0.00 |
| GENESIS FS CARD SERVICES | Unsecured | 1,059.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FS CARD SERVICES | Unsecured | 766.00 | NA | NA | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERCOASTAL FINANCIAL LLC | Unsecured | NA | 824.99 | 824.99 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 17,397.87 | 17,397.87 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 10,011.49 | 35,961.27 | 35,961.27 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | 151.00 | 876.85 | 876.85 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 428.00 | 475.76 | 475.76 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 336.68 | 336.68 | 0.00 | 0.00 |
| KIKOFF | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KOALAFI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 619.00 | 929.95 | 929.95 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 629.00 | 815.32 | 815.32 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 348.56 | 348.56 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,326.00 | 1,051.99 | 1,051.99 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | NA | 1,186.41 | 1,186.41 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | NA | 1,270.99 | 1,270.99 | 0.00 | 0.00 |
| MONTEREY FINANCIAL SERVICES | Unsecured | 1,770.00 | 2,457.80 | 2,457.80 | 0.00 | 0.00 |
| NPRTO GEORGIA, LLC | Unsecured | 0.00 | 2,589.73 | 2,589.73 | 0.00 | 0.00 |
| NPRTO GEORGIA, LLC | Unsecured | 0.00 | 2,383.61 | 2,383.61 | 0.00 | 0.00 |
| PERPAYINC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 496.77 | 496.77 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC JEFFERS( | Unsecured | 336.00 | 129.51 | 129.51 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC JEFFERS( | Unsecured | 450.00 | 513.16 | 513.16 | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL | Secured | 0.00 | 225.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 865.00 | 1,511.26 | 1,511.26 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 477.21 | 477.21 | 0.00 | 0.00 |
| RADIUS GLOBAL SOLUTION | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| SCOLOPAX, LLC | Unsecured | NA | 2,642.45 | 2,642.45 | 0.00 | 0.00 |
| SELF FINANCIAL/LEAD BA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SELFRENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SUNBIT FINANCIAL | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,869.00 | 15,388.41 | 15,388.41 | 0.00 | 0.00 |
| WESTLAKE PORTFOLIO MANAGEME | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE PORTFOLIO MANAGEME | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM RUSH & ASSOCIATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 2,385.00 | 2,781.85 | 2,781.85 | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 0.00 | 207.06 | 207.06 | 0.00 | 0.00 |
| ZIONS DEBT HOLDINGS, LLC | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $31,225.42 | $4,550.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,225.42** | **$4,550.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $35,961.27 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$35,961.27** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$109,431.68** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,280.34 |
| Disbursements to Creditors | $4,550.00 |
| | |
| **TOTAL DISBURSEMENTS :** | **$7,830.34** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/20/2026                   By:/s/ Melissa J. Davey
                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

IN RE:                                    )        CASE NO. 25-63845-PMB
MYCHAL JAMAL BUTLER THOMAS      )
                                          )
                                          )
DEBTOR                                    )

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Final Report and Account using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
BURROW & ASSOCIATES, LLC ATTORNEYS AT LAW

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR(S):
MYCHAL JAMAL BUTLER THOMAS
7382 WALTON HILL
FAIRBURN, GA  30213
Dated:  07/20/2026                          /s/ Melissa J. Davey
                                            Melissa J. Davey, Chapter 13 Trustee
                                            State Bar No. 206310
                                            Standing Chapter 13 Trustee
                                            233 PEACHTREE STREET NE
                                            SUITE 2250
                                            Atlanta, GA  30303
                                            (678)510-1444

**UST Form 101-13-FR-S (9/1/2009)**