**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

In
Re:        **Mychal Jamal Butler Thomas**

              Debtor(s)

Case No.: **25−63845−pmb**
Chapter:  **7**
Judge:  **Paul Baisier**

## ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Litty, Inc.

It appearing that this case was CONVERTED on 6/30/26,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 7/21/26

Paul Baisier
UNITED STATES BANKRUPTCY JUDGE

Dated: July 21, 2026

Form termedo −08/2019

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                           Case No. 25-63845-pmb

Mychal Jamal Butler Thomas                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: termedo | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mychal Jamal Butler Thomas, 7382 Walton Hill, Fairburn, GA 30213-7114 |
| | + | Litty, Inc., 548 Market Street, PMB 69706, San Francisco, CA 94104-5401 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: ghays@haysconsulting.net | Jul 21 2026 20:48:00 | S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305-4909 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                     Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kevin Grindlay | on behalf of Debtor Mychal Jamal Butler Thomas kevin.grindlay@legalatlanta.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 16  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Michael F. Burrow | on behalf of Debtor Mychal Jamal Butler Thomas court@legalatlanta.com burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com |

District/off: 113E-9                          User: bncadmin                                    Page 2 of 2
Date Rcvd: Jul 21, 2026                       Form ID: termedo                                  Total Noticed: 3

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

Richard B Maner
    on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana  LLC rmaner@rbmlegal.com,
    kbloodworth@rbmlegal.com

S. Gregory Hays
    ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Sean Bailey
    on behalf of Debtor Mychal Jamal Butler Thomas sean.bailey@legalatlanta.com


TOTAL: 7