## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)

**Mychal Jamal Butler Thomas**
7382 Walton Hill
Fairburn, GA 30213

**xxx–xx–4016**

Case No.: **25–63845–pmb**
Chapter: **7**
Judge: **Paul Baisier**

### ORDER APPROVING ACCOUNT AND DISCHARGING CHAPTER 13 TRUSTEE

It appearing that the case of the above–named Debtor(s) was converted to a Chapter **7** by Order of this Court on **6/30/26** , and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Chapter 13 Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Chapter 13 Trustee has performed all other duties as required in the administration of said estate;

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The Clerk shall mail a copy of this order to the Debtor, the Attorney for the Debtor(s), the Chapter 13 Trustee, and the Chapter 7 Trustee.

_____

Paul Baisier
United States Bankruptcy Judge

Dated:  July 24, 2026

Form175

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                              Case No. 25-63845-pmb

Mychal Jamal Butler Thomas                                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: 175 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mychal Jamal Butler Thomas, 7382 Walton Hill, Fairburn, GA 30213-7114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: bnc@13trusteeatlanta.com | Jul 24 2026 20:58:00 | Melissa J. Davey, Standing Chapter 13 Trustee, Suite 2250, 233 Peachtree Street NE, Atlanta, GA 30303-1509 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kevin Grindlay | on behalf of Debtor Mychal Jamal Butler Thomas kevin.grindlay@legalatlanta.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 16  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Michael F. Burrow | on behalf of Debtor Mychal Jamal Butler Thomas court@legalatlanta.com burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com |

District/off: 113E-9                                        User: bncadmin                                        Page 2 of 2
Date Rcvd: Jul 24, 2026                                     Form ID: 175                                          Total Noticed: 2

Office of the United States Trustee
                            ustpregion21.at.ecf@usdoj.gov

Richard B Maner
                            on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana  LLC rmaner@rbmlegal.com,
                            kbloodworth@rbmlegal.com

S. Gregory Hays
                            ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Sean Bailey
                            on behalf of Debtor Mychal Jamal Butler Thomas sean.bailey@legalatlanta.com


TOTAL: 7