## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

**In RE:**

MYCHAL JAMAL BUTLER THOMAS

**Debtor(s)**

**Chapter:** 7

**Claim Number:** 5

**Case Number:** 25-63845

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Carvana, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only          ☑ Payment only          ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

P.O. Box 4138

Houston, TX 77210

TO:

Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

PO Box 661384

Dallas,TX 75266-1384

Date:  08/12/2026

/s/ Rohan Pardeshi

Creditor's Authorized Agent for Carvana, LLC

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

**In RE:**

**Chapter:**   7

MYCHAL JAMAL BUTLER THOMAS

**Case Number:** 25-63845

**Debtor(s)**

### Certificate of Service

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
SEAN BAILEY
SEAN.BAILEY@LEGALATLANTA.COM

Trustee
S GREGORY HAYS
ghays@haysconsulting.net

/s/ Rohan Pardeshi

_____

Rohan Pardeshi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com